# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2847

_____

David Johnson,                          *
                                        *
            Appellant,                  *
                                        *   Appeal from the United States
    v.                                  *   District Court for the Eastern
                                        *   District of Arkansas.
Port City Janitors' Supply              *
& Paper Company, Inc.,                  *   [UNPUBLISHED]
                                        *
            Appellee.                   *

_____

Submitted: October 5, 2009
Filed: October 8, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

David Johnson appeals following the district court's[1] adverse grant of summary judgment in his employment-discrimination action and the court's ensuing denial of his motion for reconsideration. After careful de novo review, see Davis v. KARK-TV, Inc., 699, 703 (8th Cir. 2005), we conclude that summary judgment was proper for the reasons stated by the district court; and we also conclude that the court did not abuse

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

its discretion in denying reconsideration, <u>see</u> <u>McAninch v. Wintermute</u>, 491 F.3d 759, 775 (8th Cir. 2007). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____